STATE v. DIAZ

No. 30PA86.

Case below: 78 N.C. App. 488.

Petition by Attorney General for writ of supersedeas and writ of certiorari to the North Carolina Court of Appeals allowed 5 March 1986.

STATE v. EVANS

No. 21P86.

Case below: 78 N.C. App. 222.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. FLANNIGAN

No. 77P86.

Case below: 78 N.C. App. 629.

Petition by Attorney General for discretionary review under G.S. 7A-31 and writ of supersedeas denied 18 February 1986. Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 February 1986.

STATE v. GARY

No. 155P86.

Case below: 78 N.C. App. 29.

Petition by Attorney General for discretionary review under G.S. 7A-31 and writ of supersedeas and temporary stay denied 17 March 1986.

STATE v. GEORGE

No. 700P85.

Case below: 77 N.C. App. 470.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 5 March 1986.